FILED'09 JUN 19 15:28 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS MARTIN,<br>    Plaintiff, | CV# 08-0446-MA |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5617.63 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 16310, Portland, OR 97292-0310. No costs or expenses are to be paid.

DATED this __19__ day of ~~May~~ June 2009.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge