Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

FILED' 10 NOV 09 11:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THOMAS MARTIN,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | 3:08-CV-00446-MA<br><br>ORDER FOR<br>ATTORNEY FEES UNDER<br>42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $6232.00 pursuant to 42 U.S.C. § 406(b). This court previously awarded Equal Access to Justice Act fees of $5617.63 to Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $6232.00, Plaintiff's attorney will refund $5617.63, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this  9  day of November, 2010.

Malcolm F. Marsh
United States District Judge